IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JOYCE HOOD,

    Plaintiff,

v.                                                         CASE NO. 1:06-cv-00224-MP-AK

MICHAEL J ASTRUE,
JO ANNE B BARNHART,

    Defendants.

_____/

## **O R D E R**

This matter is before the Court on Doc. 20, Report and Recommendation of the Magistrate Judge, recommending that this matter be remanded under sentence four of section 42 U.S.C. § 405(g). The time for filing objections has passed and none have been filed. Having reviewed the Report and Recommendation, the Court finds that remand is appropriate.

Accordingly it is hereby,

**ORDERED AND ADJUDGED:**

1.     The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2.     The motion to remand is granted, the decision of the Administrative Law Judge is reversed and this matter remanded to the Commissioner for further decision.

3.     The Clerk should enter a judgment in favor of Ms. Hood, remand the case to the Commissioner, and close this case.

4.     The Court agrees that, as suggested by <u>Bergen v. Commissioner of Social Sec.</u>, 454 F.3d 1273 (11th Cir. 2006), it is prudent for the Court to enter an order at the time of remand expressly staying consideration of attorneys fees under 42 U.S.C. § 406(b)(1) until after the remand has been resolved. Accordingly, the motion is granted, and the issue of fees under 406(b) is hereby stayed. If on remand Plaintiff is awarded past due benefits, Plaintiff's attorney must file any request for attorney's fees under 42 U.S.C. § 406(b) no later than 14 days from the date the

Commissioner, pursuant to 42 U.S.C. § 406(a)(2)(D)(i), provides the claimant with written notice of the dollar amount of the past-due benefits.

**DONE AND ORDERED** this  *12th*  day of July, 2007

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge