IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION


JOYCE HOOD,

    Plaintiff,

v.                                       CASE NO. 1:06-cv-00224-MP-AK

MICHAEL J ASTRUE,
JO ANNE B BARNHART,

    Defendants.

_____/

## O R D E R

This matter is before the Court on Doc. 23, Motion for attorney's fees, to which the government has agreed, Doc. 26.  The motion is granted, and Plaintiff is entitled to fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, in the amount of $3,092.93.

**DONE AND ORDERED** this *7th* day of March, 2008

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge